# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - FLINT

In Re:

Donna M. Cook,

Case No. 17-32138-DOF
Hon. Daniel S. Opperman
Chapter 7

        Debtor.
_____/

## LEASE ASSUMPTION AGREEMENT

I, Donna M. Cook, agree to assume the Lease Agreement ("Lease"), described below (See Description of Lease), with BRite Financial Services LLC, assignee from CARite of Taylor, ("Creditor") pursuant to 11 U.S.C. §365(p) and agree to make the bi-weekly payments, listed below (See Payments Due Under Lease) required under the Lease, which is hereby incorporated by reference. I further agree to be bound by all the terms and conditions of the Lease including but not limited to any and all liability for excess mileage, wear and use, and any other amounts required by the Lease. I agree to obtain and/or consent to an order from the Bankruptcy Court assuming the Lease as my personal obligation and agree that any protections afforded under 11 U.S.C. §524(a) do not apply to this Lease.

| **Description of Lease** |
|---|
| Lease Date: 04/27/2017      Description: 2015 Chrysler 200 Limited 4DR (VIN: 1C3CCCAB8FN759596) |
| Account No.: 1704173 |

| **Payments Due Under Lease** |
|---|
| The next bi-weekly payment under the Lease is due on November 10, 2017. I agree to continue to make my bi-weekly payments as required under the Lease until the Lease is fulfilled. In addition to my normal bi-weekly payments, I agree to cure the default, if any, listed below: |
| Payments on the lease ■ are / ☐ are not in default of $837.52, which will be paid by November 30, 2017. |
| I will pay $275.84 bi-weekly according to the terms and conditions of the Lease Agreement. |

I, Donna M. Cook, assume the Lease through this Lease Assumption Agreement:

/s/ Donna M Cook        Date: 11-02-17
(Debtor/Lessee)
Donna M. Cook
2601 Terrace Drive, Flint, MI 48507

/s/ _____ Date: _____
(Debtor/Lessee)

Approved by Debtor's Attorney: /s/ _____ Date: 11-2-17
Peter T. Mooney, Simen, Figura & Parker PLC, 5206 Gateway Centre, Suite 200, Flint, MI 48507
810-235-9000, pmooney@sfplaw.com

Accepted by Creditor by its Attorney or Agent: /s/ _____ Date: 11/3/17
Steven J. Cohen, Lieberman Gies & Cohen PLLC, 31313 Northwestern Highway, Suite 200, Farmington Hills, MI 48334
248-539-5500, steve@lgcpllc.com

Printed or Typed Name: STEVEN J. COHEN

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

In Re:

Donna M. Cook,

Case No. 17-32138-DOF
Hon. Daniel S. Opperman
Chapter 7

Debtor.
_____/

## STIPULATION FOR ASSUMPTION OF LEASE AGREEMENT BETWEEN THE DEBTOR AND BRITE FINANCIAL SERVICES LLC

BRite Financial Services LLC, assignee from CARite of Taylor, (the "Creditor") and the Debtor, and their undersigned counsel, who hereby stipulate and agree to the Assumption of the Lease Agreement between the Creditor and the Debtor regarding the lease of a 2015 Chrysler 200 Limited 4DR (VIN: 1C3CCCAB8FN759596) under the terms of the Lease Assumption Agreement attached hereto. The Debtor agrees to comply with the terms and conditions of the Lease Agreement and waive the effect of the Discharge under 11 U.S.C. §524(a) as to the assumed Lease Agreement.

**STIPULATED TO:**

LIEBERMAN, GIES & COHEN PLLC

/s/ *Steven J. Cohen*
Steven J. Cohen (P45140)
Attorney for Creditor
31313 Northwestern Highway, Suite 200
Farmington Hills, MI 48334
248-539-5500
steve@lgcpllc.com

SIMEN, FIGURA & PARKER PLC

/s/
Peter T. Mooney (P47012)
Attorney for Debtor
5206 Gateway Centre, Suite 200
Flint, MI 48507
810-235-9000
pmooney@sfplaw.com

/s/ Donna Cook
Donna M. Cook
Debtor
2601 Terrace Drive
Flint, MI 48507

Dated: November 2, 2017

Lieberman, Gies & Cohen, PLLC
31313 Northwestern Hwy.,
Suite 200
Farmington Hills, MI 48334
(248) 539-5500